No. 72–192. BUFFALO CAB CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 72–201. STEIN *v.* CLEVELAND BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 72–208. CARSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–215. REDERI A/B SOYA ET AL. *v.* EVERGREEN MARINE CORP., S. A., ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–219. COOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–222. LOUISVILLE & NASHVILLE RAILROAD CO. *v.* KENTUCKY EX REL. LUCKETT, COMMISSIONER OF REVENUE. Ct. App. Ky. Certiorari denied.

No. 72–224. TANNER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–225. RODULFA ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 72–226. ANDERSON ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–228. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 72–236. BUDZANOSKI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.